```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :
                                         INDICTMENT
          -v.-                      :

VICTOR MANAURIS GARCIA-LANTIGUA,    :     08 Cr.     (   )

                      Defendant.    :

- - - - - - - - - - - - - - - - - -x
```

**08 CRIM 464**

COUNT ONE

The Grand Jury charges:

1. In or about 2007, in the Southern District of New York and elsewhere, VICTOR MANAURIS GARCIA-LANTIGUA, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that VICTOR MANAURIS GARCIA-LANTIGUA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five hundred grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(B) of Title 21, United States Code.



Overt Act

3.  In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a.  In or about July 2007, VICTOR MANAURIS GARCIA-LANTIGUA, the defendant, had a conversation with a co-conspirator not named as a defendant herein about the price of narcotics.

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

4.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, VICTOR MANAURIS GARCIA-LANTIGUA, the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds she obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment.

5.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1) and 853.)

_____          _____
Foreperson                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

VICTOR MANAURIS GARCIA-LANTIGUA,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

Filed Indictment. Assigned to Judge Holwell.

ELLIS J