# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
INFO@GERSTENSAVAGE.COM
WWW.GERSTENSAVAGE.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

July 8, 2008



*VIA FACSIMILE*
Hon. Richard J. Holwell
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 150
New York, New York 10007-1312

RE: **United States v. Victor Manauris Garcia-Lantigua**
      **Docket No.: 08 CR 464 (RJH)**

Dear Judge Holwell:

We submit this letter-motion on behalf of the defendant, Victor Garcia-Lantigua, most respectfully requesting that this Honorable Court modify his bail conditions consistent with the colloquy at his arraignment which took place last week, and with the governments consent.

The defendant is presently being electronically monitored and his Pre-Trial Services Officer is Mr. Franco Furelli. He is presently permitted out of his home for work five days per week from 10 A.M. to 10 P.M..

Accordingly, we hereby request that Mr. Lantigua be permitted to leave his home six days per week, between 8:30 A.M. and 11:30 P.M. for work related purposes. Further, that he be permitted to meet with me in my offices when I require that he do so.

Your consideration is greatly appreciated.

Respectfully,

Barry Zone

cc: AUSA Parvin Moyne
    U.S. Pre-Trial Services Officer Franco Furelli

*Application Granted. Terms and conditions of bail modified as requested.*

*SO ORDERED*