

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2008



**By Facsimile**

Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Victor Manuaris Garcia-Lantigua*, 08 Cr. 464 (RJH)

Dear Judge Holwell:

With defense counsel's consent, I have spoken with Your Honor's Deputy Clerk, who has suggested that the status conference currently scheduled for July 25, 2008, be adjourned to September 12, 2008 at 11:30 a.m. Should the Court grant this adjournment request, the Government respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the new date of the conference because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8). Specifically, the additional time is needed by the defendant and his counsel to review the extensive discovery in this case (which includes intercepted communications from several Title III orders) and to consider any motions that they may wish to file, and by the parties to continue their plea discussions.

*[handwritten: Conference adjourned to 9/12/08 at 11:30 a.m. This is excluded under the STA in the interests of justice for the above-stated reasons.]*

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
Assistant United States Attorney
(212) 637-2510

cc:   Barry Zone, Esq. (by facsimile: (212) 752-3868)

*[handwritten: SO ORDERED / USDJ / 7/23/08]*